No. 80–6473. BLACK *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–6480. WEDRA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–6482. FURMAN *v.* UNITED STATES; and
No. 80–6651. SIMPSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 647 F. 2d 163.

No. 80–6547. CHILDS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 80–6551. RUCKER *v.* CITY OF ST. LOUIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–6556. THORNE *v.* WARDEN, VIRGINIA STATE PENITENTIARY. Sup. Ct. Va. Certiorari denied.

No. 80–6557. ROBERTS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6559. JOHNSON *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 80–6561. BROWN *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 80–6567. WEHRLI *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6569. HAMPTON *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 80–6570. TAYLOR *v.* HARRIS, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 80–6574. TYLER *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.